**Marixia MALDONADO,
Plaintiff–Appellant**

v.

**Tony DeLONG, President; Carl Rosen-
kranz, Executive Director; Ozark
Area Community Action Corporation,
Defendants–Appellees.**

**Calvin Allen; Jennifer Brashears,
Interested parties-Appellants.**

**No. 14–3214.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 4, 2015.

Filed: June 22, 2015.

Marixia Maldonado, Calvin Allen, Jenni-
fer Brashears, Springfield, MO, pro se.

Paul D. Satterwhite, Elizabeth Wente,
Spencer Fane Britt & Browne LLP,
Springfield, MO, for appellees.

Before SHEPHERD, BYE, and
KELLY, Circuit Judges.

PER CURIAM.

Marixia Maldonado, Calvin Allen, and
Jennifer Brashears appeal following the
district court's[1] dismissal and denial of
numerous post-judgment motions in a civil
suit Maldonado initiated when her job for
Ozark Area Community Action Corpora-
tion ended. We find no basis for error in
the district court's denial of Maldonado's
motion for leave to file an amended com-
plaint, *see In re Hutchinson Tech., Inc.
Sec. Litig.*, 536 F.3d 952, 962 (8th Cir.2008)
(de novo review), or its grant of defen-
dants' Federal Rule of Civil Procedure
12(b)(6) motion, *see Hopkins v. City of
Bloomington*, 774 F.3d 490, 491–92 (8th
Cir.2014) (de novo review); *Topchian v.
JPMorgan Chase Bank, N.A.*, 760 F.3d
843, 849 (8th Cir.2014) (pro se complaints
must be liberally construed). There is no
merit to appellants' challenges to the other
district court rulings they identify, includ-
ing the motions seeking to add Allen and
Brashears as parties, and the motion to
recuse. The judgment of the district court
is affirmed, *see* 8th Cir. R. 47B; and appel-
lants' pending motion to take judicial no-
tice is denied.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.